# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| IN THE MATTER OF ) | Magistrate No.: 2:15-mj-00627-NJK |
| EXTRADITION OF ) | |
| ) | **ORDER** |
| FERNANDO GAMBOA HOWARD ) | **(UNDER SEAL)** |
| (ALIAS "OSVALDO RICARDO ) | |
| ROMANDIA") ) | |

    BEFORE ME, a United States Magistrate Judge for the District of Nevada, personally appeared Assistant United States Attorney, Pamela A. Martin, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that FERNANDO GAMBOA HOWARD should be apprehended and brought before this Court so that the evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184 and the Extradition Treaty between the United States and Mexico. The Court also ORDERS that the Complaint, this Order, and the Arrest Warrant be placed UNDER SEAL until the arrest of the fugitive or further order of the Court.

    IT IS THEREFORE ORDERED that a warrant for the arrest of FERNANDO GAMBOA HOWARD be issued.

DATED: July 29, 2015

UNITED STATES MAGISTRATE JUDGE