AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ) | |
| ) | Case No.  2:15-mj-627-NJK |
| ) | |
| FERNANDO GAMBOA HOWARD  ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A HEARING

Further hearing in this case is scheduled as follows:

| Place: | U.S. DISTRICT COURT<br>333 LAS VEGAS BLVD. SOUTH<br>LAS VEGAS, NV 89101 | Courtroom No.: | 3B before Judge Koppe |
|---|---|---|---|
| | | Date and Time: | Thursday, August 13, 2015, 3:00 PM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   August 5, 2015

*Judge's signature*

C. W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE

*Printed name and title*