RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Fernando Gamboa Howard
   aka Osvaldo Ricardo Romandia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>FERNANDO GAMBOA HOWARD<br>AKA OSVALDO RICARDO ROMANDIA,<br><br>            Defendant. | 2:15-mj-627-NJK<br><br>**STIPULATION TO CONTINUE HEARING FOR 10 DAYS**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Pamela A. Martin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for, FERNANDO GAMBOA HOWARD, that the Hearing currently scheduled for August 13, 2015 at the hour of 3:00 p.m., be vacated and set to a date and time convenient to this court. However, in no event earlier than ten (10) days.

This Stipulation is entered into for the following reasons:

1. Defendant is gathering evidence and needs more time to prepare.
2. Defendant is incarcerated and does not object to a continuance.

///

///

///

1

3. This is the first request for continuance filed herein.

DATED this 13th day of August, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| By  /s/ Brian Pugh<br>     Brian Pugh<br>     Assistant Federal Public Defender | By  /s/ Pamela A. Martin<br>     Pamela A. Martin<br>     Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FERNANDO GAMBOA HOWARD<br>AKA OSVALDO RICARDO ROMANDIA,<br><br>    Defendant. | 2:15-mj-627-NJK<br><br><br>**ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant is gathering evidence and needs more time to prepare.
2. Defendant is incarcerated and does not object to a continuance.
3. This is the first request for continuance filed herein.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that the Hearing currently scheduled on August 13, 2015 at the hour of 3:00 p.m., be vacated and continued to August 26, 2015, at 9:00 a.m., in Courtroom 3B.

DATED this __13th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3