UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                           )<br>                                                              )<br>    vs.                                              )<br>                                                              )<br> FERNANDO GAMBOA HOWARD,   )<br> AKA: OSVALDO RICARDO ROMANDIA, )<br>                                                              )<br>            Defendant.                        ))  | Case No.: 2:15-mj-627-NJK<br><br>ORDER<br><br>(Docket No. 16) |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The government's expert witness will not be in the district.

2. The defendant is incarcerated and does not object to a continuance.

3. This is the second request for continuance filed herein.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

**IT IS THEREFORE ORDERED** that the Hearing currently scheduled for August 26, 2015, be vacated and continued to September 3, 2015, at 10:00 a.m. in Courtroom 3C

DATED this 17th day of August 2015.

_____
United States Magistrate Judge

1