# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-00627-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| FERNANDO GAMBOA HOWARD, et al., | |
| Defendant(s). | |

Due to conflicting duties of the Court, the hearing set for September 3, 2015, is hereby **CONTINUED** for 30 minutes, and will now be held at 10:30 a.m. on September 3, 2015, in Courtroom 3C.

IT IS SO ORDERED.

DATED: August 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge