1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. No. 11479
   BRIAN PUGH
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax

6  Attorneys for Fernando Gamboa Howard
           aka Osvaldo Ricardo Romandia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-mj-627-NJK |
| Plaintiff, | STIPULATION TO CONTINUE HEARING |
| vs. | (Third Request) |
| FERNANDO GAMBOA HOWARD AKA OSVALDO RICARDO ROMANDIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Pamela A. Martin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for, FERNANDO GAMBOA HOWARD, that the Hearing currently scheduled for September 3, 2015 at the hour of 10:30 a.m., be vacated and set to a date and time convenient to this court. However, in no event earlier than October 6, 2015.

This Stipulation is entered into for the following reasons:

1. Defense Counsel familiar with this case is unavailable.

2. Government's Counsel has no issue with the stipulation. However, is unavailable until after October 5, 2015.

3.  Defendant is incarcerated and does not object to a continuance.

4.  This is the third request for continuance filed herein.

DATED this 2nd day of September, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| /s/ Brian Pugh<br>By_____<br>Brian Pugh<br>Assistant Federal Public Defender | /s/ Pamela A. Martin<br>By_____<br>Pamela A. Martin<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO GAMBOA HOWARD<br>AKA OSVALDO RICARDO ROMANDIA,<br><br>Defendant. | 2:15-mj-627-NJK<br><br><br><br>ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense Counsel familiar with this case is unavailable.

2. Government's Counsel has no issue with the stipulation. However, is unavailable until after October 5, 2015.

3. Defendant is incarcerated and does not object to a continuance.

4. This is the third request for continuance filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

///

///

///

1    IT IS THEREFORE ORDERED that the Hearing currently scheduled on September 3,
2  2015  at the hour of 10:30 a.m., be vacated and continued to __October 8_____, 2015 at
3  10:00 a.m, in Courtroom 3C.
4  DATED:  September 2, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

4