1   RENE L. VALLADARES
    Federal Public Defender
2   State Bar No. 11479
    BRIAN PUGH
3   Assistant Federal Public Defender
    411 E. Bonneville, Ste. 250
4   Las Vegas, Nevada 89101
    (702) 388-6577/Phone
5   (702) 388-6261/Fax

6   Attorney for Fernando Gamboa Howard
             aka Osvaldo Ricardo Romandia
7

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10
    UNITED STATES OF AMERICA,                Case No. 2:15-mj-627-NJK
11
               Plaintiff,                    **STIPULATION TO CONTINUE**
12                                           **HEARING**
           v.
13                                           (Fourth Request)
    FERNANDO GAMBOA HOWARD
14  AKA OSVALDO RICARDO ROMANDIA,

15             Defendant.

16

17          IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden,

18  United States Attorney, and Pamela A. Martin, Assistant United States Attorney, counsel for

19  the United Stated of America, and Rene L. Valladares, Federal Public Defender, and

20  Brian Pugh, Assistant Federal Public Defender, counsel for Fernando Gamboa Howard, that the

21  Hearing currently scheduled on October 8, 2015 at the hour of 10:00 a.m., be vacated and

22  continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

23          This Stipulation is entered into for the following reasons:

24          1.      Counsel for the defendant needs additional time to conduct investigation in this

25  case and is in the process of hiring a finger print expert.

26          2.      Defendant is incarcerated and does not object to a continuance.

1        3.     Additionally, denial of this request for continuance could result in a

2  miscarriage of justice.

3        4.     This is the fourth request for continuance filed herein.

4       DATED this 1st day of October, 2015

5

6  RENE L. VALLADARES          DANIEL G. BOGDEN
     Federal Public Defender          United States Attorney

7

8   */s/ Brian Pugh*              */s/ Pamela A. Martin*
     By_____    By_____

9    BRIAN PUGH              PAMELA A. MARTIN
     Assistant Federal Public Defender     Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FERNANDO GAMBOA HOWARDAKA
OSVALDO RICARDO ROMANDIA,

        Defendant.

Case No. 2:15-mj-627-NJK

**ORDER**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1.    Counsel for the defendant needs additional time to conduct investigation in this case and is in the process of hiring a finger print expert.

2.    Defendant is incarcerated and does not object to a continuance.

3.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

4.    This is the fourth request for continuance filed herein.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

1  **IT IS THEREFORE ORDERED** that the Hearing currently scheduled on

2  October 8, 2015 at the hour of 10:00 a.m., be vacated and continued to November 17, 2015

3  at the hour of 9:00 a.m. in Courtroom 3A.

4  DATED this ___2nd___ day of October, 2015

5

6  _____

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4