# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | Case No. 2:15-mj-00627-NJK |
| vs. | ) | ORDER |
| FERNANDO GAMBOA HOWARD, | ) | (Docket No. 43) |
| Defendant(s). | ) | |

    Pending before the Court is Defendant's third motion to continue his extradition hearing for 60 days. Docket No. 43. The Government filed a notice of non-opposition. Docket No. 45. For good cause shown, the motion is hereby **GRANTED** and the extradition hearing set for March 7, 2016, is hereby **CONTINUED** to 9:00 a.m. on May 18, 2016, in Courtroom 3B.

    IT IS SO ORDERED.

    DATED: March 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge