DANIEL G. BOGDEN
United States Attorney
District of Nevada
PAMELA A. MARTIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 5000
Las Vegas, NV 89101
Telephone: 702-388-6336
Fax: 702-388-6418
Email: pam.martin@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| IN THE MATTEROF THE EXTRADITION ) | Case No.: 2:15-mj-00627-NJK |
| OF FERNANDO GAMBOA HOWARD ) | |
| ) | **STIPULATION TO CONTINUE** |
| AKA:  OSVALDO RICARDO ROMANDIA ) | **EXTRADITION HEARING (9th Request)** |
| ) | |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Pamela A. Martin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Fernando Gamboa Howard, that the Extradition Hearing currently scheduled for Monday, January 9, 2017, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no less than two weeks.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　Counsel representing the United States of America will be out of the office due to slip and fall accident, breaking both her ankle and leg.  She will be out of the office for an uncertain duration to recover from surgery.

　　　2.　　The Office of Internal Affairs will seek approval to appear for hearing.

　　　3.　　Defendant is incarcerated and does object to the continuance.

　　　4.　　Denial of this request for continuance could result in a miscarriage of justice.

1

5. This is the ninth request for continuance filed herein.

DATED this 4th day of January 2017.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |
| | |
| /s/ Brian Pugh | /s/ Pamela A. Martin |
| BRIAN PUGH | PAMELA A. MARTIN |
| Assistant Federal Public Defender | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| IN THE MATTEROF THE EXTRADITION OF FERNANDO GAMBOA HOWARD AKA: OSVALDO RICARDO ROMANDIA | Case No.: 2:15-mj-00627-NJK<br><br>**ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. Counsel representing the United States of America will be out of the office for uncertain duration of time to recover from surgery.

2. The Office of Internal Affairs will move forward in preparation for the hearing.

3. Defendant is incarcerated and does object to a continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the ninth request for continuance filed here in.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

1     IT IS THEREFORE ORDERED that the Extradition Hearing currently scheduled on January 9, 2017, at the hour at 10:00 a.m. be vacated and continued to February 13, 2017, at the hour of 10:00 a.m., in Courtroom 3A.

    DATED this 4th day of January 2017.

_____
UNITED STATES MAGISTRATE JUDGE