# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>FERNANDO GAMBOA HOWARD,<br><br>          Defendant. | Case No. 2:15-mj-00627-NJK<br><br>ORDER GRANTING MOTION TO CONTINUE HEARING<br><br>(Docket No. 65) |

Pending before the Court is Defendant Fernando Gamboa Howard's motion to continue his extradition hearing, wherein Defendant asks the Court to continue the hearing for 45 days. Docket No. 65. The Court has considered the motion and the United States' response in opposition. Docket Nos. 65, 67.

For good cause shown,

IT IS ORDERED that Defendant's Motion to Continue, Docket No. 65, is **GRANTED** in part and **DENIED** in part.

IT IS FURTHER ORDERED that the hearing in this matter is continued to March 13, 2017, at 9:00 a.m., in courtroom 3C.

IT IS SO ORDERED.

DATED: February 9, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge