# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FERNANDO GAMBOA HOWARD, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:15-mj-00627-NJK <br><br> ORDER <br><br> (Docket No. 69) |

Pending before the Court is the United States' motion to continue the extradition hearing set for March 13, 2017. Docket No. 69. The United States requests a one-month continuance in order to determine the claims Defendant has raised in Mexico, and to provide th Court "helpful and accurate information" as to why the pending action in Mexico does not affect the instant action. *Id*. at 2. Defendant agrees to a two-week continuance, but opposes the request for 30 days. Docket No. 72. Defendant submits that the Mexican Court has suspended the extradition request, and that he expects the "Final Suspension Order will result in his release and the dismissal of this extradition proceeding." *Id*. at 4.

The Court finds that good cause exists to **GRANT** the United States' motion in part. Docket No. 69. The extradition hearing is hereby continued to March 28, 2017, at 10:00 a.m., in Courtroom 3B.

IT IS SO ORDERED.

DATED: March 10, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge