```
                                                                    1

                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF NEVADA


   UNITED STATES OF AMERICA,    )    Case No. 2:15-mj-627-NJK
              Plaintiffs,       )
   v.                           )         ORDER TEMPORARILY
   FERNANDO GAMBOA HOWARD,      )    UNSEALING AUDIO RECORDING
   _____Defendant.____)
```

I, Felicia Zabin, received a Transcript Order form from Wendi Overmyer, AFPD, requesting a transcript of the sealed portion of the hearing held on November 17, 2015, be transcribed.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Wendi Overmyer, AFPD, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED March 21, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge